**FORM 9** (Rev. 11/93)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. <u>07-35592</u> |
| RITA C. RETHMAN | : | CHAPTER 7 |
| | : | JUDGE GUY HUMPHREY |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached checks in the amount of **$49.20** represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 USC § 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Dayton Power & Light, 1065 Woodman Drive Dayton OH 45432 | 11 | $ 49.20 |

| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| $ | **$49.20** |

**Dated:** 02/16/11

/s/ Roger E. Luring
**Roger E. Luring, Case Trustee**
**314 W. Main Street**
**Troy, OH 45373**
**(937) 339-2627**
**AR #0010834**

**cc: US Trustee**